# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ASIM F. DURRANT, et al.,
          Plaintiff(s),

v.

METROPOLITAN ANESTHESIA, PC, et al.,
          Defendant(s).
_____/

CASE NUMBER: 05-72790

HONORABLE DENISE PAGE HOOD

## NOTICE OF:
## STATUS CONFERENCE[1]

You are hereby notified to appear before the Honorable Denise Page Hood, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 237 |
|---|---|---|
| April 24, 2006 | 5:00 p.m. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 5, 2006, by electronic and/or ordinary mail.

Date: April 5, 2006

s/ WILLIAM F. LEWIS
Deputy Clerk    313-234-5165

---

[1]**THE ATTORNEYS SHALL BE PREPARED TO DISCUSS THE SECOND REQUEST TO ADJOURN THE SCHEDULING ORDER DEADLINES.**