UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ASIM F. DURRANI, et al.,**

        Plaintiff(s),         **CIVIL ACTION NO.: 05-72790**
vs.         **JUDICIAL OFFICER: HON. DENISE PAGE HOOD**
        **COPIES DISTRIBUTED AT CONFERENCE OR MAILED TO:**
**METROPOLITAN ANESTHESIA,
P.C., et al.,**

        Defendant(s).
_____/

## SECOND AMENDED SCHEDULING ORDER

This case having come before the court pursuant to a status conference held this date, the court **orders** the following schedule controlling the progress of this case:

**Witnesses:** All witnesses to be called at trial shall be listed by May 31, 2006

**Discovery:** All discovery shall be completed by July 5, 2006

**Mediation:** This case shall be referred to Wayne County Mediation on   N/A   for mediation to be set in light of this schedule.

**Motions:** No motions other than trial motions **in limine** may be filed after July 21, 2006
Motion practice will be governed by Local Rule 7.1.

**Settlement Conference*** Date: _____ Time: UPON REQUEST

**Final Pretrial Conference:*** The final pretrial conference is scheduled for October 30, 2006 at 2:15 p.m.

*A proposed Joint Final Pretrial Order signed by counsel for all parties shall be submitted to the court one (1) week prior to the final pretrial conference. The requirements of such a pretrial order, as set forth in Local Rule 16.2 are attached. Compliance with these requirements is mandatory. **Note:** Trial counsel and the parties, or a representative with full settlement authority, are required to attend the settlement conference and final pretrial conference.

**Trial:** Trial is scheduled to commence November 28, 2006 at 9:00 a.m.
**(Jury) 2 Weeks**

**Other Matters: The Proposed Joint Final Pretrial Order and all trial Motions in Limine shall be submitted to the Court by October 23, 2006.**
**The parties are advised that the Court will not allow any additional time for discovery.**

## NO FURTHER NOTICES WILL BE MAILED

**Dated: May 2, 2006**          **s/ DENISE PAGE HOOD**
        **DENISE PAGE HOOD**
        **UNITED STATES DISTRICT JUDGE**